AO 91 (Rev. 11/11) Criminal Complaint  AUSA Paul Mower (312) 353-5349

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**
6/3/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: **20 CR 265** |
| ADAM WALTON | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 1, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Walther P22 semiautomatic handgun bearing a defaced serial number, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm. |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

*(signature)*
DUSTIN GOURLEY
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: June 3, 2020

*(signature)*
Judge's signature

City and state: Chicago, Illinois

GARY S. FEINERMAN, U.S. District Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, DUSTIN GOURLEY, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for over eight years. My current responsibilities include the investigation of federal firearms offenses, including unlawful possession of firearms and ammunition by convicted felons.

2. This affidavit is submitted in support of a criminal complaint alleging that ADAM T. WALTON has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WALTON with unlawful possession of a firearm by a felon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WALTON committed the offense alleged in the complaint.

3. The facts set forth in this affidavit are based upon my personal knowledge, my training and experience, information obtained from law enforcement records and databases, and information provided to me by other law enforcement personnel who have knowledge of the events and circumstances described herein.

## Facts Supporting Probable Cause

### A. WALTON's Unlawful Possession of a Firearm

4. According to Chicago Police Department ("CPD") reports, on or about June 1, 2020, at approximately 12:10 a.m., Chicago police officers were in the area of West 117th Street and South Marshfield Avenue when they observed WALTON exit a store through a broken window. After exiting the store, WALTON attempted to enter a black Honda CR-V in the parking lot before fleeing the scene on foot.

5. According to CPD reports, WALTON returned to the Honda CR-V a short time later and informed officers he had returned to retrieve his car. Officers conducted a field interview of WALTON, during which he stated that he had a weapon inside the car near the driver's side floor.

6. According to CPD reports, officers observed a handgun in the center cup holder of WALTON's vehicle. Officers entered the vehicle and recovered a Walther P22 semiautomatic handgun bearing a defaced serial number, as well as a case of .22 caliber long rifle ammunition. WALTON told the officers, "I know I shouldn't have a gun," and "I'm on parole for a gun."

### B. WALTON's Criminal History

7. According to law enforcement databases, WALTON's criminal history includes the following convictions:

    a. On or about July 8, 1997, WALTON was convicted of possession of a controlled substance in the Circuit Court of Cook County, Illinois, case number 97 CR 1685501, and sentenced to one year of probation.

2

b. On or about March 22, 2000, WALTON was convicted of manufacture/delivery of a controlled substance in the Circuit Court of Cook County, Illinois, case numbers 00 CR 37070 and 00 CR 63110, and sentenced to two years' probation.

c. On or about February 18, 2003, WALTON was convicted of manufacture/delivery of 10-30 grams of cannabis in the Circuit Court of Cook County, Illinois, case number 03 CR 26060, and sentenced to 18 months' imprisonment.

d. On or about May 25, 2010, WALTON was convicted of possession of 10-30 grams of cannabis in the Circuit Court of Cook County, Illinois, case number 10 CR 83560, and sentenced to two years' probation.

e. On or about November 2, 2012, WALTON was convicted of unlawful possession of a weapon by a felon in the Circuit Court of Cook County, Illinois, case number 12 CR 158490, and sentenced to two years' imprisonment.

f. On or about March 24, 2014, WALTON was convicted of manufacture/delivery of 30-500 grams of cannabis in the Circuit Court of Cook County, Illinois, case number 14 CR 46360, and sentenced to 30 months' probation.

g. On or about December 16, 2014, WALTON was convicted of manufacture/delivery of 30-500 grams of cannabis in the Circuit Court of Cook County, Illinois, case number 14 CR 189210, and sentenced to two years' imprisonment.

h. On or about September 1, 2017, WALTON was convicted of unlawful possession of a weapon by a felon in the Circuit Court of Cook County,

3

Illinois, case number 16 CR 112530, and sentenced to eight years' imprisonment. He was released on parole on or about June 28, 2019.

### C. Interstate Nexus

8. In my role as an FBI Special Agent, I have received training to become a Certified Firearms Specialist, enabling me to determine the interstate nexus for firearms and ammunition. Based upon my training and experience and the research that I conducted, Walther firearms are manufactured outside the state of Illinois. Therefore, in order for the foregoing firearm to have been recovered in Illinois, it had to have previously moved in interstate or foreign commerce.

## Conclusion

9. Based upon the foregoing facts, I respectfully submit there is probable cause to believe that, on or about June 1, 2020, ADAM T. WALTON, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Walther P22 semiautomatic handgun bearing a defaced serial number, which firearm had traveled in interstate and foreign commerce prior to WALTON's possession of the firearm, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

_____
DUSTIN GOURLEY
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on June 3, 2020.

_____
Honorable GARY S. FEINERMAN
United States District Judge

5