### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No: 20 CR 265 |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Adam Walton | ) | |
|     Defendant | ) | |

### Order

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to Defendant, Adam Walton.
.

Date:   6/3/2020

United States District Court Judge